THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* STEVEN BROWN, Defendant-Appellant.

(No. 60111; 

First District (2nd Division)—March 4, 1975.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Phillip A. Olson and Matthew J. Beemsterboer, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., Assistant State's Attorney, of counsel), for the People.